Argued July 26, affirmed July 26, 1972

STATE OF OREGON, *Respondent, v.* ROGER
ALLAN SHIRLEY (No. C-58424), *Appellant.*

498 P2d 830

*Oscar D. Howlett,* Portland, argued the cause and
filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
THORNTON, Judges.

AFFIRMED FROM THE BENCH.